

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00095-CR

**TIMOTHY AARON YZAGUIRRE,**

                                             **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                             **Appellee**

_____

## From the County Court at Law No. 2
## Johnson County, Texas
## Trial Court No. M201400604

_____

## MEMORANDUM OPINION

_____

Timothy Aaron Yzaguirre appealed his conviction in the County Court at Law No. 2 of Johnson County. He has now filed a Motion to Withdraw Notice of Appeal requesting this Court to dismiss his appeal. Yzaguirre and his attorney have signed the motion.

Yzaguirre's motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 26, 2015
Do not publish
[CR25]

